■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAYRA FIGUEROA, Appellant. [20 NYS3d 893]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about January 15, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judg-

ment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Renwick, Saxe and Kapnick, JJ.